[No. 7019-1. Division One. July 16, 1979.]

*In the Matter of the Marriage of* SHERRILL E. CYR, *Appellant, and* FREDERICK CYR, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D-100802, Norman W. Quinn, J., entered October 9, 1978. *Affirmed* by unpublished opinion per Swanson, A.C.J., concurred in by James and Ringold, JJ.

[No. 3319-2. Division Two. July 17, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH WORTH, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR 122, John W. Schumacher, J., entered January 6, 1978. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Soule, J.

[No. 3541-2. Division Two. July 17, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. HOWARD MATHENY, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 4934, Gerald B. Chamberlin, J., entered May 17, 1978. *Affirmed* by unpublished opinion per Soule, J., concurred in by Pearson, C.J., and Petrie, J.